Jackie R. **ELMORE**, Movant-Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 36413.

Missouri Court of Appeals,
Western District.

June 25, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and
Denied Aug. 27, 1985.

Application to Transfer Denied
Oct. 16, 1985.

---

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for movant-appellant.

§ 559.050. MAI–CR 2.28, Notes on Use.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

## ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).